UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE REGISTERED HOLDERS OF J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2007-LDP11, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-LDP11, ACTING BY AND THROUGH CWCAPITAL ASSET MANAGEMENT LLC AS SPECIAL SERVICER UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF JULY 1, 2007,<br><br>Plaintiff,<br><br>vs.<br><br>ALBUQUERQUE HHP-II, LLC, EDEN PRAIRIE HHP-II, LLC, GREENSBORO HHP-II, LLC, GREENVILLE HHP-II, LLC, AND EAST SYRACUSE HHP-II, LLC,<br><br>Defendants. | CIVIL ACTION NO. 13-CV-3550 |

## ACKNOWLEDGMENT OF SERVICE

The undersigned, counsel for defendants ALBUQUERQUE HHP-II, LLC, EDEN PRAIRIE HHP-II, LLC, GREENSBORO HHP-II, LLC, GREENVILLE HHP-II, LLC, and EAST SYRACUSE HHP-II, LLC ("Defendants") hereby acknowledges and accepts service on behalf of each of the Defendants of the Complaint filed by Plaintiff in the above-captioned action.

GIBBONS P.C.
One Gateway Center
Newark, N.J. 07102-5310
Tel. (973) 596-4617
Fax (973) 639-8380
rbrady@gibbonslaw.com
By: *[signature]*   5/29/13
Name:  Robert C. Brady, Esq.

LEGAL26856655.1